1
2
3                          UNITED STATES DISTRICT COURT
4                        NORTHERN DISTRICT OF CALIFORNIA
5
6    ROYRICK MILLER,                           Case No. 21-cv-08264-WHO (PR)
7                          Plaintiff,
8                v.                            **ORDER OF DISMISSAL**
9    JOHN DOE,
10                          Defendant.
11
12          After plaintiff sent the Court a letter, the Clerk sent him notices directing him to
13   (i) pay the filing fee or file an application to proceed *in forma pauperis* (IFP); and (ii) file a
14   complaint on this Court's form.  Plaintiff has not complied with the Clerk's Notices nor
15   responded in any way.  Accordingly, this federal civil rights action is DISMISSED
16   (without prejudice) for failing to comply with the Clerk's Notices and for failing to
17   prosecute, *see* Federal Rule of Civil Procedure 41(b).
18          Because this dismissal is without prejudice, plaintiff may move to reopen.  Any
19   such motion must contain (i) a complete application to proceed IFP (or full payment for
20   the $402.00 filing fee); <u>and</u> (ii) a complaint on this Court's form.
21          The Clerk shall enter judgment in favor of defendant, and close the file.
22          **IT IS SO ORDERED.**
23   **Dated:**  December 13, 2021
24                                            WILLIAM H. ORRICK
25                                            United States District Judge
26
27
28

United States District Court
Northern District of California